UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x Civil Action No.: CV-05-513 (DLI) (JMA)

UNITED STATES OF AMERICA, §
§
          Plaintiff, §
- against - §
§
STANLEY T. PARRIS, §
§
          Defendant. §
-------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 1 0 2005 ★

BROOKLYN OFFICE

DEFAULT JUDGMENT

Because Stanley T. Parris failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Stanley T. Parris:

Claim No. C99-13951W

| | |
|---|---|
| Principal Balance: | $2,265.85 |
| Total Interest Accrued at 8.000%: | $1,959.98 |
| Filing and Service of Process: | $180.00 |
| Subtotal: | $4,405.83 |
| Attorney's Fees: | $ 881.17 |
| Total Owed: | $5,287.00 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
May 9th, 2005

Dora L. Irizarry
United States District Judge